UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No. 05-36851-PGH

ROBERT LEWIS OLIVER AND
SANDRA ANNE OLIVER

    Debtor(s).
_____/

## REQUEST FOR NOTICE

Pursuant to Rule 2002, DEFENSE TECHNOLOGY CORP. OF AMERICA AND ARMOR HOLDINGS, INC., creditors in the above entitled bankruptcy hereby requests that all matters which must be noticed to creditors, any creditors' committees or any other parties in interest, whether sent by the Court, the Debtor, or any other party in the case, be sent as follows, and that the following be added to the Court's master mailing list:

    Jeffrey R. Jontz, Esquire
    SWANN & HADLEY, P.A.
    Post Office Box 1961
    Winter Park, Florida 32790

Dated the 1st day of November 2005

                                                  JEFFRY R. JONTZ
                                                  Florida Bar No. 133990
                                                  SWANN & HADLEY, P.A.
                                                  Post Office Box 1961
                                                  Winter Park, Florida 32790
                                                  Phone : (407) 647-2777
                                                  Fax No.: (407) 647-2157
                                                  Attorney for Defendant DEFENSE
                                                  TECHNOLOGY CORP. OF AMERICA